

**Court Of Appeals**
**Fourth Court of Appeals District of Texas**
**San Antonio**

★   ★   ★                                                ★   ★   ★

# MEMORANDUM OPINION

No. 04-08-00813-CV

**3H TRANSPORT, INC.**, and Richardo Hernandez Delira,
Appellants

v.

Victoriano **TORRES**, III,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2007CVE00107402
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   December 10, 2008

DISMISSED

Appellants have filed a motion to dismiss this appeal.  The motion contains a certificate

of service to Appellee Victoriano Torres, who has not opposed the motion.   Therefore, we grant

the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM